UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHIEF EDWARD CHU-WY-LUGHX,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL MUKASEY,<br><br>  Defendant. | No. CV-08-98-FVS<br><br>ORDER DISMISSING COMPLAINT |

**THIS MATTER** having come before the Court for a second review under 28 U.S.C. § 1915(e)(2); the Court having determined that the plaintiff has failed to comply with Federal Rule of Civil Procedure 8(a) despite being given an opportunity to amend his complaint; and the Court having further determined that the documents submitted by the plaintiff do not state a claim for which relief may be granted; Now, therefore

**IT IS HEREBY ORDERED**:

1. The plaintiff's motion for an injunction (**Ct. Rec. 7**) is **denied**.

2. The plaintiff's motion for human rights protection (**Ct. Rec. 10**) is **denied**.

3. The plaintiff's complaint is dismissed **without** prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish a copy to the plaintiff, and close the case.

**DATED** this ___10th___ day of October, 2008.

           s/Fred Van Sickle
           Fred Van Sickle
     Senior United States District Judge

ORDER DISMISSING COMPLAINT - 1